# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

U.S. SMALL BUSINESS ADMINISTRATION, as
Receiver for PROSPERO VENTURES, L.P.,

E-filing

          Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

JARRAT ENTERPRISES LIMITED PARTNERSHIP,

C07-03736 EMC

          Defendant.

TO: (Name and address of defendant)
JARRAT ENTERPRISES LIMITED PARTNERSHIP
1958 Grey Eagle Street
Henderson, NV 89074

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Arlene P. Messinger, Esq.<br>U.S. Small Business Administration<br>Receiver for Prospero Ventures, L.P.<br>409 Third Street, S.W., 7th Floor<br>Washington, DC 20416 | and    Darryl J. Horowitt, Esq.<br>Coleman & Horowitt, LLP<br>499 West Shaw, Suite 116<br>Fresno, CA 93704 |

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JUL 19 2007

(BY) DEPUTY CLERK

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 8/13/2007 |
| NAME OF SERVER *(PRINT)* <br> Tom DeMarco | TITLE <br> Clark County, Nevada Licensed Process Server #981 | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:


☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:


☑ Other (specify):
   Served Jarrat Enterprises Limited Partnership, c/o Henri Jarrat as Resident Agent at Resident Agent's Place of Residence, at the address of 1958 Grey Eagle Street, Henderson, Nevada 89074

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  125.00 | TOTAL  125.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/14/2007
                  Date                    *Signature of Server*

                                          651 Clarkway Drive, Suite A-1, Las Vegas, NV 89106
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.