1    JOHN O'CONNOR
     O'Connor & Associates
2    One Embarcadero Center, Suite 1020
     San Francisco, CA  94111
3    Telephone:  415-693-9960
     Facsimile:  415-981-0222
4
     BRUCE A. SINGAL
5    MICHELLE R. PEIRCE
     DAMIEN C. POWELL
6    Donoghue, Barrett & Singal, P.C.
     One Beacon Street
7    Boston, MA  02108
     Telephone:  (617) 720-5090
8    Facsimile:  (617) 720-5092

9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
11

12   _____        )   NO.  07-03736
     U.S. SMALL BUSINESS                  )
13   ADMINISTRATION, as Receiver for      )
     PROSPERO VENTURES, L.P.,             )   **DEFENDANT JARRAT**
14                                        )    **ENTERPRISES LIMITED**
                Plaintiff(s),             )    **PARTNERSHIP'S RESPONSE TO**
15                                        )   **COMPLAINT FOR BREACH OF**
                                          )   **PARTNERSHIP AGREEMENT AND**
16   v.                                   )   **DEMAND FOR TRIAL BY JURY**
                                          )
17   JARRAT ENTERPRISES LIMITED           )
     PARTNERSHIP,                         )
18                                        )
                Defendant(s).             )
19   _____        )

20

21        Defendant Jarrat Enterprises Limited Partnership responds to the numbered paragraphs of

22   the Complaint as follows:

23        1.    This paragraph sets forth conclusions of law to which no reply is necessary.  To

24   the extent this paragraph can be read as including factual allegations, those allegations are denied.

25        2.    This paragraph sets forth conclusions of law to which no reply is necessary.  To

26   the extent this paragraph can be read as including factual allegations, those allegations are denied.

27        3.    This paragraph sets forth conclusions of law to which no reply is necessary.  To

28   the extent this paragraph can be read as including factual allegations, those allegations are denied.

                                        1

1    This paragraph alleges facts that are not within defendant's knowledge.

2         4.    Defendant admits the first two sentences in this paragraph. The remainder of this

3    paragraph sets forth conclusions of law to which no reply is necessary. To the extent this

4    paragraph can be read as including factual allegations, those allegations are denied.

5         5.    Admitted.

6         6.    Admitted.

7         7.    Admitted.

8         8.    Defendant admits the dates and language in this paragraph, but states that the

9    document speaks for itself.

10         9.    Defendant admits the dates and language in this paragraph, but states that the

11    document speaks for itself.

12         10.    This paragraph sets forth conclusions of law to which no reply is necessary. To

13    the extent this paragraph can be read as including factual allegations, those allegations are denied.

14         11.    Defendant is without sufficient knowledge and information concerning the

15    information contained in Prospero's books and records.

16         12.    Admitted.

17         13.    Admitted.

18         14.    Defendant admits the dates and language in this paragraph, but states that the

19    document speaks for itself.

20         15.    Defendant incorporates his responses as set forth in Paragraphs 1 through 14

21    above.

22         16.    Denied.

23         17.    Denied.

24    AFFIRMATIVE DEFENSES

25    FIRST AFFIRMATIVE DEFENSE

26         Plaintiff breached the Implied Covenant of Good Faith and Fair Dealing, by among other

27    things, failing to provide Prospero an opportunity to cure.

28

2

1    SECOND AFFIRMATIVE DEFENSE

2    Plaintiff acted in bad faith and with unclean hands.

3    THIRD AFFIRMATIVE DEFENSE

4    Plaintiff is estopped from enforcing the contract because, among other reasons, it took

5    actions and made statements that were relied on by Prospero and defendant to their detriment.

6    FOURTH AFFIRMATIVE DEFENSE

7    Plaintiff breached its fiduciary duties.

8    FIFTH AFFIRMATIVE DEFENSE

9    SBA regulations (13 C.F.R. § 107.500 et. seq.), which are incorporated into the contract

10    and which were relied on by SBA, are invalid because they do not further the purpose of the

11    SBIC statute (15 U.S.C. §§ 661-697g).

12    SIXTH AFFIRMATIVE DEFENSE

13    SBA regulations are vague, ambiguous and unenforceable under the due process clause of

14    the United States Constitution.

15    SEVENTH AFFIRMATIVE DEFENSE

16    Plaintiff failed to mitigate its damages.

17    EIGHTH AFFIRMATIVE DEFENSE

18    Plaintiff's actions are ultra vires.

19

20    Dated: October 18, 2007                    O'CONNOR & ASSOCIATES

21

22    By: _____
       John O'Connor
       Attorneys for Defendant,
23     JARRAT ENTERPRISES LIMITED
       PARTNERSHIP

24

25    DONOGHUE, BARRETT & SINGAL, P.C.
       Bruce A. Singal
       Michelle R. Peirce
26     Damien C. Powell
       Attorneys for Defendant, JARRAT
27     ENTERPRISES LIMITED PARTNERSHIP

28

3

Response to Complaint