**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 11/9/07

Case No.   C-07-3736 SI            Judge:   SUSAN ILLSTON

Title: AZIN MORTAZAVI  -v- ROSEMARY MELVILLE

Attorneys: Steinberg          Proctor

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                           PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to **12/7/07    @ 9:00 a.m.**   for Cross Motions -
(Oppo/x-mo due **11/30/07**, Reply/oppo **12/7/071**, reply **12/14/07**)

Case continued to    @ **3:30 p.m.**   for Pretrial Conference

Case continued to    @ **8:30 a.m.**   for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The parties have agreed to submit this motion without argument