United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P.,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>JANE C. SLOANE,<br><br>        Defendant(s).<br>_____/<br><br>AND RELATED CASES<br>_____/ | No. C 07-3732 MEJ<br>Related Cases<br>  No. C 07-3733 MEJ<br>  No. C 07-3735 MEJ<br>  No. C 07-3736 MEJ<br>  No. C 07-3737 MEJ<br>  No. C 07-3738 MEJ<br>  No. C 07-3739 MEJ<br>  No. C 07-3740 MEJ<br>  No. C 07-3741 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

      The Clerk of this Court will now randomly reassign this case to a United States District Judge

because either:

_____ (1) One or more of the parties has requested reassignment to a United States District Judge, or

__X__ (2) One or more of the parties has sought a kind of judicial action that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

      All previous hearing dates are hereby **VACATED.**

Dated: December 13, 2007

                                        Maria-Elena James
                                        United States Magistrate Judge

                                        By: Brenda Tolbert, Deputy Clerk