**FILED**

DEC 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
DEC 27 2007
[Clerk stamp, Northern District of California]

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| U.S. Small Business Administration, as Receiver for Prospero Ventures, L.P., | CASE NO. C07-03741 VRW<br>C07-03736 VRW<br>C07-03732 VRW<br>C07-03739 VRW<br>C07-03737 VRW<br>C07-03738 VRW |
| Plaintiff(s), | ~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v.<br>Donald K. Emery<br>Jarrat Enterprises Limited Partnership<br>Jane C. Sloane<br>John M. Sloane<br>John W. Murphy<br>Rainbow Enterprises, L.P.<br>Defendant(s). | |

Damien C. Powell, an active member in good standing of the bar of United States District Court, Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is

Donoghue, Barrett & Singal, P.C.
One Beacon Street, Boston, MA 02108
617-720-5090

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the above-referenced defendants

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December ~~20~~ 27, 2007

_____
United States District Judge