# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| U.S. Small Business Administration,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>Jarrat Enterprises Limited Partnership,<br><br>　　　　　Defendant(s). | No. C 07-03736 MEJ MED<br><br>**Certification of ADR Session** |

*Instructions*: **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _February 26-27, 2008_

2. Did the case settle?　　☐ fully　　☐ partially　　☒ no

3. If the case did not settle fully, is any follow-up contemplated?

　　☐ another session scheduled for (date) _____

　　☐ phone discussions expected by (date) _____

　　☒ no

4. **IS THIS ADR PROCESS COMPLETED?**　　☒ YES　　☐ NO

Dated: _February 28, 2008_　　　　_/s/ James Barber_
　　　　　　　　　　　　　　　Mediator, James Barber
　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　55 Amigo Lane
　　　　　　　　　　　　　　　Walnut Creek, CA 94596