ARLENE P. MESSINGER
Assistant General Counsel for SBIC Enforcement
U.S. Small Business Administration
Receiver for Prospero Ventures, L.P.
409 Third Street, S.W., 7th Floor
Washington, DC 20416
Telephone: (202) 205-6857
Facsimile: (202) 481-0325

DARRYL J. HOROWITT #100898
CHRISTINE J. LEVIN #192181
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for PROSPERO VENTURES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., <br><br> Plaintiff, <br><br> v. <br><br> JARRAT ENTERPRISES, <br><br> Defendant. | NO.   C 07-03736 VRW <br> **Related Cases:** <br> C 07-03732, C 07-03733, C 07-03735, C 07-03737, C 07-03738, C 07-03739, C 07-03740, C 07-03741 <br><br> **NOTICE OF MOTION TO STRIKE AFFIRMATIVE DEFENSES (FRCP 12(f)); ALTERNATIVELY, MOTION FOR JUDGMENT ON THE PLEADINGS (FRCP 12(c))** <br><br> [Filed concurrently with Memorandum of Points and Authorities; and Proposed Order] <br><br> Date: May 8, 2008 <br> Time: 2:30 p.m. <br> Ctrm: 6, 17th Floor <br><br> Date Complaint Filed: July 19, 2007 <br> Trial Date: Not yet set |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE

ATTORNEYS OF RECORD:

1     Please take notice that on May 8, 2008, at 2:30 p.m., in Court Room 6, Floor 17 of the above-entitled court located at 450 Golden Gate Avenue, San Francisco, California 94102, or as soon thereafter as the matter may be heard, Plaintiff, U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P. ("PROSPERO") will move this Court for an order striking the affirmative defenses submitted by Jarrat Enterprises ("JARRAT"). This motion is brought pursuant to Federal Rule of Civil Procedure 12(f). Alternatively, Plaintiff seeks entry of an Order granting Plaintiff judgment on the pleadings. This motion is brought pursuant to Federal Rule of Civil Procedure 12(c).

    This motion will be based upon this notice, the accompanying Memorandum of Points and Authorities, the evidence submitted in support of the motion, the Request to Take Judicial Notice, and any evidence and argument which may be presented at the hearing on this matter.

Dated: April 3, 2008

Respectfully submitted,

COLEMAN & HOROWITT, LLP

By: _____
CHRISTINE J. LEVIN
Attorneys for Plaintiff,
U.S. SMALL BUSINESS
ADMINISTRATION, as Receiver
for PROSPERO VENTURES, L.P.

## PROOF OF SERVICE

I declare that I am a citizen of the United States of America and a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

On April 3, 2008, I served the foregoing document(s) described as **NOTICE OF MOTION TO STRIKE AFFIRMATIVE DEFENSES (FRCP 12(f)); ALTERNATIVELY, MOTION FOR JUDGMENT ON THE PLEADINGS (FRCP 12(c)** on the interested parties, addressed as stated on the attached service list.

[x]  BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[x]  BY CALIFORNIA OVERNIGHT - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery to the addressee noted above.

[]  BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address shown above.

[]  BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated on the attached service list.

[]  STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x]  FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on April 3, 2008, at Fresno, California.

_____
Lisa R. Barr

1

## Service List

**Via Mail and Electronic Mail:**

Bruce A. Singal, Esq.
Donoghue Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108-3113
E-Mail: bsingal@dbslawfirm.com

Attorneys for Defendants


**Via California Overnight:**

**Chambers Copies**


Hon. Hon. Vaughn R. Walker
U.S. District Court, Northern District
450 Golden Gate Avenue
17th Floor, Court Room 6
San Francisco, CA 94102