UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date : __August 7, 2008__

**C07-3736  VRW**

US SBA as Receiver for Prospero Ventures LP   **v**   Jarrat Enterprises Limited

Attorneys : For Plaintiff(s):   __Darryl Horowitt__

            For Defendant(s):   __Bradley Kaplan__

Deputy Clerk: __Cora Klein__                    Reporter: __not reported__

PROCEEDINGS:

                                                       RULING:

1. _____     _____
2. _____     _____
3. _____     _____

Case Management Conference and report to the court the status of the settlement- Held.

Plaintiff's counsel informed the court that the matter has been resolved and the parties will file stipulation for dismissal.